FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR IVLEV, | No. CV 06-954-SVW (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GEORGE J. GIURBINO, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/24/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE